UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _12-27-16_

------------------------------------------------------------x

Slifer,                                                  :
                                                         :
                 Plaintiff,                              :          1:14-cv-9661
                                                         :
         -against-                                       :          ORDER
                                                         :
CG Technology L.P.,                                      :
                                                         :
                 Defendants.                             :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

As stated on the record during the December 27, 2016 telephone conference, Defendant's motion *in limine* to bar Plaintiff from seeking damages under Section 3(d) of the 2008 Patent Assignment Agreement is denied. The parties shall complete expert depositions by January 3, 2017. Defendant's <u>Daubert</u> motion is due January 5, 2017 by 12:00 p.m. The response, if any, shall be filed by January 6, 2017 at 9:00 a.m.

The Court will hold a telephone conference on Friday, January 6, 2017 at 2:00 p.m. Plaintiff should initiate the call to Defendant, and once all relevant parties are on the line, should contact the Court at (212) 805-0141 on the date and time specified above.

The trial will start on January 9th, 2017.

**SO ORDERED.**

Dated:    December 27, 2016
          New York, New York

ANDREW L. CARTER, JR.
United States District Judge